```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | :  CIVIL NO.  10-79-JPG |
| | : |
| $85,201.00 IN UNITED STATES CURRENCY, | : |
| | : |
| DEFENDANT. | : |

## REQUEST FOR ADMISSION OF FACT

**TO:** Maud Callahan, Claimant
and Howard Street Motors, LLC, Claimant

**AND:** James M. Martin
*Attorney for Claimant*
1007 Olive - 5th Floor
St. Louis, MO 63101

Brian M. Pierce
*Co-Counsel for Claimant*
The Gothic Building
54 East Mill Street #400
Akron, OH 44308

You are hereby directed to answer the following request for admission of fact within the time allotted by the Federal Rules of Civil Procedure or such other time allowed by the Court. The requests are as follows:

1. That each and every fact contained within Paragraph 1 of the Declaration under Penalty of Perjury attached to the forfeiture complaint in the above-entitled cause (and attached herewith as Exhibit A) is true and correct.

      2.      That each and every fact contained within Paragraph 2 of said Exhibit A is true and correct.

      3.      That each and every fact contained within Paragraph 3 of said Exhibit A is true and correct.

      4.      That each and every fact contained within Paragraph 4 of said Exhibit A is true and correct.

      5.      That each and every fact contained within Paragraph 5 of said Exhibit A is true and correct.

      6.      That each and every fact contained within Paragraph 6 of said Exhibit A is true and correct.

      7.      That each and every fact contained within Paragraph 7 of said Exhibit A is true and correct.

      8.      That each and every fact contained within Paragraph 8 of said Exhibit A is true and correct.

      9.      That each and every fact contained within Paragraph 9 of said Exhibit A is true and correct.

      10.      That each and every fact contained within Paragraph 10 of said Exhibit A is true and correct.

      11.      That each and every fact contained within Paragraph 11 of said Exhibit A is true and correct.

      12.      That each and every fact contained within Paragraph 12 of said Exhibit A is true and correct.

13. That each and every fact contained within Paragraph 13 of said Exhibit A is true and correct.

14. That each and every fact contained within Paragraph 14 of said Exhibit A is true and correct.

15. That each and every fact contained within Paragraph 15 of said Exhibit A is true and correct.

16. That each and every fact contained within Paragraph 20 of said Exhibit A is true and correct.

17. That the subject matter $85,201.00 in United States currency was furnished in exchange for a controlled substance.

18. That the subject matter $85,201.00 in United States currency was intended to be furnished in exchange for a controlled substance.

19. That the subject matter $85,201.00 in United States currency constitutes proceeds traceable to an exchange of monies, negotiable instruments, securities, or other things of value for a controlled substance.

20. That the subject matter $85,201.00 in United States currency was used or intended to be used to facilitate a violation of Subchapter 1 of Title 21 of the United States Code.

21. That a substantial connection exists between the $85,201.00 in United States currency and a violation of Subchapter 1 of Title 21 of the United States Code.

22. That the claimant Maud Callahan, individually, and as an authorized officer and agent of Howard Street Motors, LLC, knew of the illegal conduct giving rise to the forfeiture in advance of the illegal conduct taking place.

23. That the claimant Danny Phillips knew of the illegal conduct giving rise to the forfeiture in advance of the illegal conduct taking place.

24. That the claimant Maud Callahan, individually, and as an authorized officer and agent of Howard Street Motors, LLC, at no time took any steps whatsoever to terminate the use of the $85,201.00 or any portion thereof for the illegal conduct.

25. That the claimant Danny Phillips at no time took any steps whatsoever to terminate the use of the $85,201.00 or any portion thereof for the illegal conduct.

26. That the claimant Maud Callahan, individually, and as an authorized officer and agent of Howard Street Motors, LLC, affirmatively and knowingly participated in the illegal conduct giving rise to the forfeiture.

27. That the claimant Danny Phillips affirmatively and knowingly participated in the illegal conduct giving rise to the forfeiture.

28. That the claimant Maud Callahan, individually, and as an authorized officer and agent of Howard Street Motors, LLC, did not do all that could be reasonably expected under the circumstances to terminate the use or involvement of the $85,201.00 or any portion thereof in the illegal conduct.

29. That the claimant Danny Phillips did not do all that could be reasonably expected under the circumstances to terminate the use or involvement of the $85,201.00 or any portion thereof in the illegal conduct.

30. That the stopping of the vehicle which contained the $85,201.00 was legal, proper, and constitutional in all respects.

31. The questioning of the occupants of the stopped vehicle by law enforcement was

legal, proper, and constitutional in all respect.

     32.    That the search resulting in the discovery of $85,201.00 by law enforcement was legal, proper, and constitutional in all respects.

     33.    That the subject matter $85,201.00 is subject to forfeiture by the United States.

     34.    That claimant Maud Callahan, individually, and as an authorized officer and agent of Howard Street Motors, LLC, has no valid defense to the forfeiture of the $85,201.00 or any portion thereof.

     35.    That claimant Danny Phillips has no valid defense to the forfeiture of the $85,201.00 or any portion thereof

                                  United States of America
                                  STEPHEN R. WIGGINTON
                                  United States Attorney

                                  ***/s/ MICHAEL THOMPSON***

                                  MICHAEL THOMPSON
                                  Assistant United States Attorney
                                  Nine Executive Drive
                                  Fairview Heights, IL  62208
                                  (618) 628-3700
                                  Fax:  (618) 622-3810
                                  e-mail: Michael.Thompson2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| v. | : | CIVIL NO.  10-79-JPG |
| $85,201.00 IN UNITED STATES CURRENCY, | : | |
| DEFENDANT. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, I caused to be electronically filed the foregoing **REQUEST FOR ADMISSION OF FACT** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

James M. Martin

Brian M. Pierce

and I hereby certify that on May 10, 2011, I also caused to be mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*/s/ MICHAEL THOMPSON*
MICHAEL THOMPSON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 622-3810
Michael.Thompson2@usdoj.gov