IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) NO. 10-cv-00079-JPG-DGW |
| $85,201.00 IN UNITED STATES CURRENCY, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record;

and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   February 15, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE